# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI S. WATSON, | CASE NO. 1:10-cv-02279-OWW-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| CITI MORTGAGE, INC., et als., | |
| Defendants. | (Doc. 5) |

_____/

By a motion filed January 13, 2010, Plaintiff Lori S. Watson seeks to proceed *in forma pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   January 31, 2011**          _____/s/ Sandra M. Snyder_____
                                UNITED STATES MAGISTRATE JUDGE

1