# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI S. WATSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIMORTGAGE, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:10-cv-02279-OWW-SMS<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 7) |

      Plaintiff Lori S. Watson is an individual proceeding *pro se* and *in forma pauperis* in this civil action challenging the foreclosure of certain real property. In her complaint, filed December 8, 2010, Plaintiff alleged claims of (1) fraud, (2) wrongful foreclosure, (3) negligence per se, and (4) quiet title. On March 4, 2011, this Court screened Plaintiff's complaint and dismissed it for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e). The Court's order granted Plaintiff leave to file an amended complaint within thirty days.

      Although more than thirty days have passed, Plaintiff has not complied with, or otherwise responded to, the Court's order. As a result, no pleading has been filed setting forth a claim upon which relief may be granted. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), "the court shall dismiss the case at any time . . . the action or appeal . . . fails to state a claim on which relief may be granted."

///

///

Accordingly, this action is hereby **DISMISSED**, with prejudice, for failure to state a claims on which relief may be granted.

IT IS SO ORDERED.

**Dated:  April 8, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE